1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Joseph H. Harrington
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 22 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CR-11-42-JLQ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN WILLIAM HARPHAM,

    Defendant.

INDICTMENT

Vio: 18 U.S.C. § 2332a(2)
Attempted Use of a
Weapon of Mass
Destruction (Count 1)

26 U.S.C. § 5861(d)
Possession of an
Unregistered Destructive
Device (Count 2)

The Grand Jury Charges:

COUNT 1

On or about January 17, 2011, in the Eastern District of Washington, KEVIN WILLIAM HARPHAM, acting without lawful authority, did knowingly attempt to use a weapon of mass destruction, to wit: an improvised explosive device, placed prior to and along the planned route of a Martin Luther King Jr. unity march at the northeast corner of Main and Washington Streets, in Spokane, Washington, against any person and property, which property is Main and Washington Streets, Eye Care Center and Hill's Restaurant, all of which property is used in an activity that affects interstate and foreign commerce, which would have caused these businesses to be closed for a period of time and adversely affected interstate commerce in addition to reducing business because of the

INDICTMENT - 1
P10316DD.JHA.wpd

public stigma associated to a bombing, had it occurred, in violation of 18 U.S.C. § 2332a (2).

## COUNT 2

On or about January 17, 2011, in the Eastern District of Washington, KEVIN WILLIAM HARPHAM knowingly received and possessed a firearm, to wit: a destructive device, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

DATED this 22 day of March, 2011.

A TRUE BILL

Michael C. Ormsby
United States Attorney

Joseph H. Harrington
Assistant United States Attorney

INDICTMENT - 2
P10316DD.JHA.wpd