Michael C. Ormsby
United States Attorney
Eastern District of Washington
Joseph H. Harrington
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> KEVIN WILLIAM HARPHAM, ) <br> ) <br> Defendant. ) | 11-CR-042-JLQ <br><br> Government's Request for <br> Notice of an Alibi Defense |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Joseph H. Harrington, Assistant United States Attorney for the Eastern District of Washington, hereby files its Request for Notice of an Alibi Defense, pursuant to Fed. R. Crim. P. 12.1.

**Request for Notice of Alibi**

The United States respectfully requests that, within 14 days of the filing of the instant pleading and in accordance with Fed.R.Crim.P. 12.1., the Defendant serve written notice on the United States of any intended alibi defense relating to Count 1 of the Indictment in this matter. Count 1 relates to an incident occurring on January 17, 2011, in downtown Spokane, Washington, at and around the

//
//

United States' Request for Notice of an Alibi Defense - 1
P10323DD.JHC.wpd

northeast corner of Main and Washington Streets, between approximately 8:00 a.m. and 10:00 a.m.

      DATED this 24th day of March, 2011.

                              Michael C. Ormsby
                              United States Attorney

                              *s/ Joseph H. Harrington*

                              Joseph H. Harrington
                              Assistant United States Attorney

I hereby certify that on March 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

        Mr. Roger Peven
        Ms. Kimberly Deater
        Ms. Kailey E. Moran
        Federal Defenders of Eastern Washington and Idaho
        10 North Post, Suite 700
        Spokane, Washington 99201

                                    *s/Joseph H. Harrington*
                                    Joseph H. Harrington
                                    Assistant United States Attorney