Michael C. Ormsby
United States Attorney
Eastern District of Washington
Joseph H. Harrington
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

Thomas E. Perez
Assistant Attorney General
Civil Rights Division
Christopher Lomax
Trial Attorney, Civil Rights Division
United States Department of Justice

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 21 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

KEVIN WILLIAM HARPHAM,

　　　　Defendant.

CR-11-042-JLQ

SUPERSEDING INDICTMENT

Vio:　18 U.S.C. § 2332a(2)
　　　Attempted Use of a
　　　Weapon of Mass
　　　Destruction (Count 1)

　　　26 U.S.C. § 5861(d)
　　　Possession of an
　　　Unregistered Destructive
　　　Device (Count 2)

　　　18 U.S.C. § 249
　　　Hate Crimes Act (Count 3)

　　　18 U.S.C. § 924(c)(1)(B)
　　　(ii) - Use of a Firearm in
　　　Relation to a Crime of
　　　Violence (Count 4)

SUPERSEDING INDICTMENT - 1
P10418dd.JHA.wpd

The Grand Jury Charges:

## COUNT 1

On or about January 17, 2011, in the Eastern District of Washington, KEVIN WILLIAM HARPHAM, acting without lawful authority, did knowingly attempt to use a weapon of mass destruction, to wit: an improvised explosive device, placed prior to and along the planned route of a Martin Luther King Jr. unity march at the northeast corner of Main and Washington Streets, in Spokane, Washington, against any person and property, which property is Main and Washington Streets, Eye Care Center and Hill's Restaurant, all of which property is used in an activity that affects interstate and foreign commerce, which would have caused these businesses to be closed for a period of time and adversely affected interstate commerce in addition to reducing business because of the public stigma associated to a bombing, had it occurred, in violation of 18 U.S.C. § 2332a (2).

## COUNT 2

On or about January 17, 2011, in the Eastern District of Washington, KEVIN WILLIAM HARPHAM knowingly received and possessed a firearm, to wit: a destructive device, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

## COUNT 3

On or about January 17, 2011, in the Eastern District of Washington, KEVIN WILLIAM HARPHAM attempted to cause bodily injury with an explosive device, to wit, an improvised explosive device, to individuals attending the Martin Luther King, Jr. Unity March because of actual or perceived race, color, and national origin of any person, in violation of 18 U.S.C. § 249.

## COUNT 4

On or about January 17, 2011, in the Eastern District of Washington, KEVIN WILLIAM HARPHAM knowingly use, carry, and possess a firearm, to

SUPERSEDING INDICTMENT - 2
P10418dd.JHA.wpd

1  wit: a destructive device, during, in relation to, and in furtherance of a crime of
2  violence for which he may be prosecuted in a court of the United State, that is, the
3  Hate Crimes Act, 18 U.S.C. § 249, as charged in Count 3 of this Superseding
4  Indictment, in violation of 18 U.S.C. § 924(c)(1)((B)(ii).

        DATED this 21ST day of April, 2011.
                                    A TRUE BILL

*[signature]*
Michael C. Ormsby
United States Attorney

*[signature]*
Joseph H. Harrington
Assistant United States Attorney

Thomas E. Perez
Assistant Attorney General
Civil Rights Division

*[signature]*
Christopher Lomax
Trial Attorney, Civil Rights Division
United States Department of Justice

SUPERSEDING INDICTMENT - 3
P10418dd.JHA.wpd